# UNITED STATES DISTRICT COURT
для the
## DISTRICT OF MASSACHUSETTS

__JIAJING (BEIJING) TOURISM CO. LTD.__

*Plaintiff*

v.

Civil Action No.: **1:20–CV–11313–LTS**

__AEROBALLOON USA, INC.__

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Aeroballoon USA, Inc.
8 Baker Hill Drive
Hingham, MA 02043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ——  you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marc Redlich, Esq.
Law Offices of Marc Redlich
One State Street, Suite 1050
Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Douglas Warnock**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2020–07–13 21:45:40.0**, Clerk USDC DMA

Civil Action No.: **1:20–CV–11313–LTS**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Aeroballoon USA, Inc.__

was received by me on (date) __July 14, 2020__.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) __Douglas Hase__, who is designated by law to accept service of process on behalf of (name of organization) __Aeroballoon USA, Inc.__ on (date) __July 21, 2020__;

☐ or

☐ I returned the summons unexecuted because _____ ; or

Other (specify):

My fees are $ _____ for travel and $ __75.00__ for services, for a total of $ __75.00__.

I declare under penalty of perjury that this information is true.

__July 21, 2020__
Date

*Server's Signature*

Adam P. Loomis, Disinterested Person
*Printed name and title*

P.O. Box 339, Weymouth, MA 02188
*Server's Address*

Additional information regarding attempted service, etc: