# United States Court of Appeals
## For the First Circuit

No. 23-1507

JIAJING (BEIJING) TOURISM CO., LTD.,

Petitioner, Appellee,

v.

AEROBALLOON USA, INC.; DOUGLAS A. HASE; EVEREST BALLOON LLC,

Respondents, Appellants,

TETHERED HELIUM BALLOON,

Respondent.

**JUDGMENT**

Entered: February 22, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed. Costs are awarded to Jiajing (Beijing) Tourism Co., Ltd.

By the Court:

Maria R. Hamilton, Clerk

cc: Lee A. Harrington, Richard L. Blumenthal, Marc Redlich